# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 29, 2024

## NO. 03-23-00069-CR

**David Cardenas, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 460TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, TRIANA AND SMITH
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on January 18, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the judgment to remove the statement that Cardenas pleaded "not true" to the motion to adjudicate and reflect instead that Cardenas made "no plea" to the motion to adjudicate. The Court affirms the judgment as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.